US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUN 15 2012
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

United States District Court
for the western district of Arkansas

Kenneth Wayne Leaming, and others similarly Situated
Plaintiff

VS

Tim Helder, FIDUCIARY
office of Sheriff
washington county
Arkansas
Defendant(s)

NO. 12-5114
Complaint for Declaratory, injunctive, and other relief and money damages, & Incorporation of Habeas Corpus

county of Washington
Arkansas state
} Verified claims

Indigence claim

Plaintiff is unable to obtain copies of this complaint, for service and otherwise, or pay the costs of filing or service due to having no funds available as he has been imprisoned for over 6 months without any means to obtain funding for any purposes other than a friend who provided 25.00, already taken for necessary medical and Hygiene expenses.

## Jurisdiction Claims

Defendant is acting as an agent of the United States in his holding of Plaintiff and recieves funds from The United States to operate his enterprise, office of Sheriff, within The geograpical description of the western district of Arkansas in The Act of Congress, Judiciary Act(s), as codified at Title 28, United States Code.

Plaintiff also is joining Third parties to this Civil action invoking the court's supplemental Jurisdiction under Article III of the Constitution for the several united States of America, see Judiciary Act.

## Exhaustion of Administrative Remedies

Plaintiff has exhausted his administrative remedies through the administrative forms provided by The Washington County Detention Center (WCDC), see attached copies, and Through the Administrative office of the United States Courts and The United states Boreau of Prisons / DOJ as pled in the HABEAS CORPUS petition

Submitted to John Glover Roberts, Jr., Fiduciary of the office of Chief Justice, Supreme Court of the United States, which is incorporated herein by this Reference.

## Subject Matter Jurisdiction

Due to the fact that defendant has denied plaintiff access to a law library, Plaintiff is unable to cite all appropriate acts of Congress, however is Aware of those Codified at 42 USC 1983, et seq. and 18 USC 241/242, as Defendant, acting with others employed by his enterprise and others in associated enterprises, is depriving plaintiff of rights protected by the Constitution of the United States as provided by Clearly established law.

## Claims

On or about 07 June 2012 Defendant Took plaintiff into his possession and Control at Oklahoma City, Oklahoma and has Transported Plaintiff and concealed plaintiff at WCDC under the fictitious name LEAMING, KENNETH WAYNE and Defendant's

record book numbers 4130198 and 193962 under color of law, causing plaintiff damages.

Plaintiff is, and has been, under medical care and on prescription medications for congestive heart failure, Hypertension, and related symptoms and conditions for over three years.

plaintiff is a man, born free and given dominion over the earth by the Almighty Creator and is having his liberty restrained by Defendant for the profit, Gain, and enrichment of Defendant and his enterprise.

Defendant took plaintiffs prescription medications away from plaintiff, refusing to allow plaintiff to take his medications for over 20 hours and until plaintiff was suffering severe cramps and nearly dieing, when plaintiff was forced to walk an estimated 20-40 yards, in severe pain and cramps, where Defendants SGT. Whittington finally gave plaintiff one of his medications to alleviate the severe cramps and pain.

To date, Defendant is still not providing Plaintiff all his prescribed medications as prescribed.

Plaintiff was scheduled for a follow up medical exam to review Plaintiff's medical status and possible update Plaintiff's medications before Defendant seized Plaintiff, and was informed of the need for an examination, which Defendant has refused, and refused damages claimed through Defendand and his risk management officials, in writing by Defendant's SGT #414, name unreadable, on the administrative remedy form dated 9 June 2012, attached hereto.

In administrative process, forms dated 8 and 9 June, 2012, Defendant failed in his Constitutional and statutory duties, as incorporated in his Oath of Office contract as fiduciary of the Office of Sheriff to address and disclose the nature and cause of Defendant's restraint of Plaintiff's liberty, failed to provide Plaintiff meaningful, or any, and to HABEAS CORPUS the body of evidence

and law upon which Defendant was restraining Plaintiffs liberties.

The above facts evidence that Defendand is unlawfully depriving Plaintiff of his rights guaranteed by state and union constitutions and laws under color of state law, and causing Plaintiff damages.

Plaintiff has also been made aware by other people imprisoned by Defendant at WCDC that there is a pre-existing action for denial of medical care at WCDC, currently pending in the above captioned court, that another inmate who had been shot still has bullets in his body he needs to have removed has been denied medical care, and another with pre-existing heath concerns has been refused a medical examination. The pre-existing suit is #12-5078, styled WATERS vs Dr Howard, et al.

Claims for Damages

Plaintiff claims 10 oz. .9999 fine Gold in damages for pain and suffering per each day Defendant has and continues to deprive Plaintiff of his liberties

and fails to provide comprehensive and timely health care.

Plaintiff claims 1000 oz .9999 fine gold in punitive damages and exemplary damages for having a pattern and practice of denial of Rights under Color of law.

Plaintiff claims others similarly situated (class) are entitled to 2 oz of .9999 fine gold for every day of imprisonment during which Defendant denies comprehensive heath care to men and women he restrains of thier liberty.

Plaintiff claims the court should order monitoring of Defendants conduct relating to deprivations of Rights under color of law contrary to clearly established law.

Plaintiff claims declaratory and injunctive Remedies as to all law violations which come to the attention of the Court.

Given This 10th Day of June, 2012 under Penalty of Bearing False witness under the law of the Almighty Creator.

[signature]
Plaintiff
Complaint

CC: Rick Mart[illegible]

TO: Sheriff Tim Helder

Claim of violation of clearly established law

# Washington County Detention Center

Per Administrative/Tort Claims Acts

CHECK ONE: ☐ GRIEVANCE ☐ REQUEST ☒ MEDICAL ☐ DISCIPLINARY APPEAL

DATE 9 June 2012 CELL BLOCK W

DETAINEE'S FULL NAME: Kenneth Wayne Leaming DOB: 20 December 1955

WRITTEN EXPLANATION(LIMIT TO ONE SUBJECT):

CLAIM for failure of duty and damages.

I was placed in your WCDC and accompanied by several prescriptions. Your duty nurse took possession of my meds during the pre-booking, intake, process.

Your staff failed to provide me my evening medications and failed to provide my medications the next morning dispite several requests, verbal and written, resulting in me having severe cramps and nearly a heart attack due to my congestive heart failure condition. Your staff has refused and failed to provide me a re-examination which is already a month past due. I claim 1oz .9999 fine gold per day in damages. (mitigated)

RECEIVED BY: 599 DATE 6/9/12 TIME 1209

FORWARDED TO: Sgt.

RESPONSE:

Mr. Leaming,

We took your meds so they could be reviewed by the nurse. When the nurse was available to review you meds and give them to you they were. If you are asking for any type of medical examination that is not immediately life threating you will have to arrange that through the U.S. Marshall's service due to the fact we are holding you under their authority. We will not being paying you 1oz of .9999 fine gold a day for holding you in our facility.

RESPONSE BY: Sgt [signature] #414 DATE 6/9/12 TIME 2125

Form: Request.jk

To: Sheriff Tim Holder

# Washington County Detention Center

Administrative Habeas Corpus, Administrative Proceedure Act

CHECK ONE: ☐ GRIEVANCE ☒ REQUEST ☐ MEDICAL ☐ DISCIPLINARY APPEAL

DATE 9 June 2012 CELL BLOCK W

DETAINEE'S FULL NAME: Kenneth Wayne Leaming DOB: 20 December 1955

WRITTEN EXPLANATION(LIMIT TO ONE SUBJECT):

I was previously restraind in my liberty at western washington under process issued by the USDC for the western district of Washington. I have been Transported to WCDC and am now in your custody but have been served NO process upon which my liberty may lawfully be restrainded. HABEAS CORPUS the lawful authority of your restraint of my liberty. Included herein by reference is the Petition for Habeas Corpus Pending before John Glover Roberts, Jr., Chief Justice, Supreme Court of the United States.

RECEIVED BY: Dill 509
FORWARDED TO: DATE 06/08/12 TIME 6:37
RESPONSE: Sgt

Mr. Leaming,

Any issue you have with your incarceration at the Washington County Detention Center will have to be addressed with the U.S. Marshall's Office we are simply holding you at their request.

RESPONSE BY: Sgt Tom [signature] #414 DATE 6/8/12 TIME 1942

Form: Request.jk

To: Sheriff Tim Helder
Per Administrative Proceedures Act

# Washington County Detention Center

HABEAS CORPUS

CHECK ONE: [X] GRIEVANCE * [ ] REQUEST [ ] MEDICAL [ ] DISCIPLINARY APPEAL

DATE 8 June 2012 : 2100 hrs CELL BLOCK W

In Re: DETAINEE'S FULL NAME: Kenneth Wayne Leaming DOB: 20 Dec. 1955

WRITTEN EXPLANATION(LIMIT TO ONE SUBJECT):

1) I was refused access to a law library by a SGT #414 contrary to clearly established law by the Supreme Court of the United States.

2) I was refused disclosure of the nature and cause of the restraint on my liberty by the Sheriff Tim Helder by and through deputy SGT #414 contrary to clearly established law by the Supreme Court of the United States

3) I have had my Habeas Corpus process denied and my access to the courts denied by Sheriff Tim Helder acting through deputy SGT # 414, contrary to clearly established law by the Supreme Court of the United States

RECEIVED BY:
FORWARDED TO: DATE TIME
RESPONSE:

Note: This Grievance was Refused by Tim Helder by deputy who refused to "take it to the office" to
8 June 2012 (initials)

RESPONSE BY: DATE TIME

* See back

Form: Request.jk



# Washington County Detention Center

CHECK ONE: ☐ GRIEVANCE ☒ REQUEST ☐ MEDICAL ☐ DISCIPLINARY APPEAL

DATE 8 June 2012 CELL BLOCK W

DETAINEE'S FULL NAME: Kenneth Wayne Leaming DOB: 12 December 1955

WRITTEN EXPLANATION(LIMIT TO ONE SUBJECT):

I request access to the law library to get cases (cites) and statutes relevant to my case.

need: Supreme Court Reports (US)
United States Code Annotated
Code of Federal Regulations

and relevant to my Arkansas detention I need:
Arkansas Revised Statutes (or code)
implementing regulations
Arkansas Supreme Court cases

Note: The Supreme Court of the United States has clearly established That to Keep someone in custody requires Meaningful access to a law library

RECEIVED BY: [signature] DATE 6-8-12 TIME 1030

FORWARDED TO:

RESPONSE:

Sgt

Mr. Leaming,

~~If you would like to use the law library your attorney will have to get a transport order from the Marshall's Office to have you transported to the law library. If you do not have an attorney then you will have to write to a judge with the specific cases you want to know about and the judge will have to issue a transport order for you to be taken.~~

RESPONSE BY: Sgt [signature] #414 DATE 6/8/12 TIME 1947

Form: Request.jk




# Washington County Detention Center

CHECK ONE: ☐ GRIEVANCE ☒ REQUEST ☐ MEDICAL ☐ DISCIPLINARY APPEAL

Administrative HABEAS CORPUS

DATE 8 June 2012 CELL BLOCK W

DETAINEE'S FULL NAME: Kenneth Wayne Leaming DOB: 20 December 1955

WRITTEN EXPLANATION(LIMIT TO ONE SUBJECT):

Considering the clearly established law and statutes briefed in my HABEAS CORPUS petition currently pending before the Chief Justice of the Supreme Court of the United States, I request you produce the Act of Congress delegating Article III judicial criminal authority to the United States District Court upon whose process you are restraining my liberty.

- HABEAS CORPUS -

Also: Considering the evidence appearing of record, That Barrack Hussein Obama is a Kenyan National, born a British subject as appears on PACER for the USDC, central district of California (2009) The lawful delegation of Authority for him, as*

RECEIVED BY: [signature] DATE 6-8-12 TIME 1030

FORWARDED TO:

RESPONSE:

Mr. Leaming

Any issue you have with your incarceration at the Washington County Detention Center will have to be addressed with the U.S. Marshall's Office we are simply holding you at their request.

RESPONSE BY: Sgt Tom Mayy #414 DATE 6/8/12 TIME 1942

* See back



# Washington County Detention Center

CHECK ONE: ☐ GRIEVANCE ☒ REQUEST ☐ MEDICAL ☐ DISCIPLINARY APPEAL

DATE 16 June 2011 CELL BLOCK W

DETAINEE'S FULL NAME: Kenneth Wayne Leaming DOB: 20 Dec. 1955

WRITTEN EXPLANATION(LIMIT TO ONE SUBJECT):

I need the Postal ZIP CODE for
6805 Meadow Lane
Chevy Chase, Maryland
So I can send my Law Mail.

The deputy returned my law mail for not having a zip code even though the Post Office regulations do not require it - delaying my Law mail and obstructing my access to the Courts.

RECEIVED BY: D Shepherd S6S DATE 6-9-12 TIME 0545
FORWARDED TO:
RESPONSE:

Sir it is one of the three Listed zip codes.
20813
20815
20825

All of these zip codes are for Chevy Chase maryland.

RESPONSE BY: Cambron DATE 6-9-12 TIME 1930

Form: Request

Kenneth Wayne Leaming
S/o 4130198
Washington County Detention Center
Fayetteville, Arkansas




WSD

United States District Court
western district of Arkansas
35 E Mountain, #510
Fayetteville, Arkansas
72701

LEGAL MAIL

72701$5353