For Immediate Hearing /Notice

United States District Court
Western District of Arkansas

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 30 2012
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

Kenneth Wayne, Leaming
vs
Tim Helder, FIDUCIARY

NO. 12-5114

OFFICIAL
NOTICE
to the Record

King County
The People of the State of Washington } Verified Notice

Plaintiff has received additional documents from Rainwater Holt & Sexton purporting to Re-present the Defendant in a different name and capacity from the Defendant Identified in the Pleadings by Plaintiff.

Further, Rainwater Holt & Sexton have not produced or served upon Plaintiff any certification from any Principal of Defendant certifying that the acts and omissions complained of are acts and omissions in any official capacity and that such Principal is intervening and Indemnifying the Defendant.

Additionally, the purported answer does not Controvert any specific allegations, but summarily denies all allegations, inclusive of the allegation that Defendant is fiduciary of the office of Sheriff for Washington County, Arkansas, and as such is falsely personating a peace officer and is usurping the office of Sheriff.

Plaintiff has Granted Rainwater Holt & Sexton an additional Twenty (20) days to cure these defects in thier process before Plaintiff moves for entry of DEFAULT and SUMMARY JUDGEMENT.

Given this 18th day of November, 2012, under penalty of bearing false witness Pursuant to the Law of God the Father, Son, and Holy Spirit,

Kenneth Wayne, PLAINTIFF
Private Attorney General
Public Minister

13 November 2012

Kenneth Wayne, Leaming
℅ FDC Seatac
2425 So. 200 Street
Seatac 198
Washington

Rainwater Holt & Sexton
Attn: Michael R. Rainwater
PO Box 17250
Little Rock 222
Arkansas

Re: USDC #12-5114

Greetings,

I was presented correspondence sent by United States Mail, Postmarked 11/05/2012 (Meter Postage), containing a letter that almost had my name correctly spelled on the envelope and cover letter.

Also enclosed in the Mail matter was a document styled in the form of a pleading/process captioned "SECOND REQUEST FOR PRODUCTION TO PLAINTIFF" but captioned in a fraudulent and fictitious name, i.e., "KENNETH WAYNE LEAMING" as the plaintiff, which, presuming you, and the party "Jason E Owens", are named as signatories in fictitious (initialized) names, and showing a "SHERIFF TIM HELDER" as Defendant, when I have not sued any party by that name, only a similarly named party, Tim Helder, Fiduciary (see Pleadings in 12-5114), and I have not recieved any service of any Certification that any third party has intervened and indemnified the acts and ommissions complained of as official acts within the scope of any position/name known as "SHERIFF TIM HELDER".

Regardless of your documents, appearing

Page 1 of 2

to be fraudulent and presented via United States Mail, I appears that the Defendant has failed to appear and is in Default.

I will grant you twenty days to correct the record if you do in fact have certified authority to intervene and re-present the Defendant pursuant to an express certification of intervention and indemnification, and an answer, point by point to each allegation in the complaint since your general denial appears to deny the express, verified claim that Tim Helder is FIDUCIARY of the Office of Sheriff for Washington County, Arkansas, and as such is a false personator acting under color of law; in which case anyone acting as his "Deputy" is also falsely personating and is just acting under color of law to deprive people of life, liberty and property as a corrupt organization for the profit gain and enrichment of themselves and their enterprises, and you and your firm are either victims of their Racketeering or are accessories after the fact.

I look forward to your reply.

NOTICE: Also enclosed was a paper appearing to be a modified "LIMITED AUTHORIZATION TO DISCLOSE HEALTH INFORMATION" that was cut into pieces by FDC Seatac since it was not marked as "Legal Mail to be opened with inmate" and they use a razor opener routinely slicing up letters in their "Security Procedures".

Sincerely,

C: Tim Helder
Court
Ark. Sup. Ct. (Atty discipline etc)

Kenneth Wayne, PLAINTIFF;
Public Minister;
Private Attorney General.

Page 2 of 2

FEDERAL DETENTION CENTER
NAME: Kenneth Wayne Leeming
REG: [redacted]   UNIT: DB
P.O. BOX 13900
SEATTLE, WA. 98198-1090

✱ Mark of the Beast EXTORTED
See 18 USC 872; 18 USC 247;
18 USC 245; 18 USC 242; 18 USC
241; etc

LAW MAIL
21 NOV 2012

7270135353

SEATTLE WA 980
27 NOV 2012 PM 2 L

United States District Court
Attn: Sherry Gilberson, Law Clerk
35 E Mountain #510
Fayetteville 701
Arkansas