IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KENNETH WAYNE LEAMING     PLAINTIFF

v.     Civil No. 12-5114

SHERIFF TIM HELDER     DEFENDANT

## ORDER

Robert L. Beard has filed a motion to withdraw as counsel for the Defendants (Doc. 132).

He notes that the Defendants will continue to be represented by Colin P. Wall and/or Jason Owens.

The motion (Doc. 132) is granted.  **The Clerk is directed to note this change on the docket sheet**.

IT IS SO ORDERED this 5th day of September 2014.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

-1-