## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**KENNETH WAYNE LEAMING**                                        **PLAINTIFF**

**V.**                                        **CASE NO. 5:12-CV-5114**

**SHERIFF TIM HELDER**                                        **DEFENDANT**

## JUDGMENT

For the reasons set forth in the Court's Opinion and Order entered this date, IT IS

HEREBY ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment

(Doc. 103) is **GRANTED**.  This case is accordingly **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED AND ADJUDGED this 30th day of March, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE